IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA SUCKSTORF, | ) | 4:04CV3200 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| FLEXMAG INDUSTRIES d/b/a ARNOLD ENGINEERING CO., | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 54) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs and fees.

DATED: May 9, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge